USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2025

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

JERAMIE RODRIGUEZ,

*Petitioner,*

v.

WARDEN,
Sing Sing Correctional Facility

*Respondent.*

Case No. 24-cv-09153-GHW-HJR

## ORDER

Upon consideration of Petitioner's unopposed **Motion to Hold Habeas Corpus Petition in Abeyance**, and for good cause shown, it is hereby:

**ORDERED** that Petitioner's Motion is GRANTED; and it is further

**ORDERED** that the habeas corpus proceedings are stayed and held in abeyance; and it is further

**ORDERED** that Petitioner is granted leave to file an amended habeas petition within 60 days of the date of this Order; and it is further

**ORDERED** that Respondent's deadline to file an answer or otherwise respond is extended to 60 days after the filing of the amended petition.

SO ORDERED this 27 day of Janaury, 2025.

Hon. Henry J. Ricardo
United States Magistrate Judge