```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERAMIE RODRIGUEZ,

               Plaintiff,

     -v-

WARDEN, SING SING CORRECTIONAL FACILITY,

               Defendant.

**ORDER**

24-CV-9153 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Order dated April 24, 2025, the Court granted Plaintiff an extension of time to file an amended habeas petition to June 21, 2025. ECF No. 16. By Letter Motion dated June 13, 2025, Plaintiff requested a further extension of time to file an amended habeas petition to a date 30 days after the resolution of the pending discovery motion at ECF No. 10, which the court denied. ECF Nos. 27–28.

    To date, Plaintiff has not filed an amended habeas petition. Accordingly, the Court *sua sponte* grants an extension of time to file an amended petition to **July 2, 2025**. Respondent's deadline to file its answer to the petition or motion to dismiss is **September 5, 2025**.

    Plaintiff's Motion dated March 18, 2025, ECF No. 10, is **DENIED** as premature, and Plaintiff may make a renewed motion for discovery after the resolution of any motion to dismiss filed in response to the amended petition. Plaintiff's Motion to Strike dated May 30, 2025, ECF No. 22, is accordingly **DENIED** as moot.

1

**SO ORDERED.**

Dated: June 23, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge