UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  10/22/2025
```

JERAMIE RODRIGUEZ,

                    Petitioner,

          -v-

WARDEN, SING SING CORRECTIONAL
FACILITY,

                    Respondent.

**ORDER**

24-CV-9153 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 12, 2025, Respondent filed a motion to dismiss (the "Motion") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  ECF No. 41.  On October 14, 2025, Petitioner filed his opposition to Respondent's Motion.  ECF No. 44.  Pursuant to Rules 1.1 and 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Respondent's reply was due on October 21, 2025.  To date, no reply has been filed on the docket.  The Court *sua sponte* extends the deadline for Respondent to submit a reply to **October 28, 2025.**

**SO ORDERED.**

Dated: October 22, 2025
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1